AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.

Mario Humberto De Anda-Borrego

AKA:   Mario Humberto De Anda Barrego

IAE     YOB:     1964
the United Mexican States
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
MAY 15 2016
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-16-0930-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 13, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Mario Humberto De Anda-Borrego was encountered by Border Patrol Agents near Los Ebanos, Texas on May 13, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 13, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 21, 2016, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 18, 1994, the defendant was convicted of Possesion with Intent to Distribute Mix Substance sentenced to sixty (60) months confinement and three (3) years Supervised Release.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,
**May 15, 2016**

Adan De Los Santos    Senior Patrol Agent

**Dorina Ramos**                  , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer